**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **IUE-CWA LOCAL 901,** *individually* **)**<br>*and on behalf of those similarly situated,* **)**<br>            **)**<br>     **Plaintiff,**            **)**<br>            **)**<br>     **v.**                 **)**<br>            **)**<br>**SPARK ENERGY GAS, LLC,**     **)**<br>            **)**<br>     **Defendant.**         **)** | **Case No. 1:19-cv-00389-HAB-SLC** |

**<u>OPINION AND ORDER</u>**

Before the Court is a motion for entry of an Electronically Stored Information ("ESI")

protocol filed by Plaintiff on June 17, 2021 (ECF 71), seeking the adoption and entry of

Plaintiff's proposed ESI protocol (ECF 71-1) in light of discovery disputes in this matter and a

similar matter involving the parties' respective counsel in the Northern District of Illinois,

*Burger v. Spark Energy Gas LLC*, 1:19-cv-8231 (N.D. Ill).  On July 1, 2021, Defendant filed a

response (ECF 73) opposing the motion and requesting the entry of its own proposed protocol

(ECF 73-1).

On August 30, 2021, the Court held a telephonic hearing on the motion and—after noting

that the parties in *Burger* agreed to a joint ESI protocol which was adopted by that court (*see*

ECF 73, ECF 73-1, ECF 75 in 1:19-cv-8231 (N.D. Ill))—encouraged the parties to submit a joint

ESI protocol.  (ECF 84).  Subsequently, the parties filed a notice (ECF 86) informing the Court

that they agreed to the adoption of the same ESI protocol adopted in *Burger.*  (ECF 86-1).

Accordingly, Plaintiff's motion (ECF 71) is GRANTED IN PART.  The parties' joint

ESI protocol (ECF 86-1) is APPROVED and ADOPTED as an Order of the Court provided that:

(1)    The text "[a]s required by the Court's Order, Dkt. 72" in Section B.3 (ECF 86-1 at 4) is STRICKEN as this refers to an order entered in *Burger* and not this matter.  (*See* ECF 72 in 1:19-cv-8231 (N.D. Ill)); and

(2)    The text in Section B.3 (ECF 86-1 at 4) allowing the parties to request judicial intervention by "letter or motion" is STRICKEN, as "[a] request for a [C]ourt [O]rder must be made by motion."  Fed. R. Civ. P. 7(b)(1).

Further, in light of this Order, the telephonic status conference scheduled for September 13, 2021, is hereby VACATED.

SO ORDERED.

Entered this 10th day of September 2021.

/s/ Susan Collins\
Susan Collins\
United States Magistrate Judge