UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IUE-CWA LOCAL 901, individually and on behalf of those similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPARK ENERGY GAS, LLC,<br><br>　　　　Defendant. | Case No. 1:19-cv-00389-HAB-SLC |

STIPULATION OF
VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff IUE-CWA Local 901 and Defendant Spark Energy Gas, LLC, by and through their undersigned counsel of record, that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the above-captioned action, including all claims, is voluntarily dismissed with prejudice with each party to bear its own fees and costs except as pursuant to any other agreements between the parties.[1]

Dated: December 7, 2022                                    Respectfully submitted,

/s/ *Lynn A. Toops*                                              /s/ *Thomas E. Sanchez*
D. Greg Blankinship                                          Kevin P. Allen
Todd S. Garber                                                 Thomas E. Sanchez
**FINKELSTEIN, BLANKINSHIP,**                      **DUANE MORRIS LLP**
**FREI-PEARSON & GARBER, LLP**                  625 Liberty Avenue, Suite 1000
1 North Broadway, Suite 900                           Pittsburgh, PA 15222
White Plains, NY 10601                                    (412) 497-1037
(914) 298-3281                                                  (412) 497-1001 (facsimile)
(914) 824-1561 (facsimile)                                kpallen@duanemorris.com
gblankinship@fbfglaw.com                              tesanchez@duanemorris.com
tgarber@fbfglaw.com

---

[1] *See Rolland v. Spark Energy, LLC*, No. 3:17-cv-02680-MAS-LHG (D.N.J.), Dkt. No. 197.

| | |
|---|---|
| Lynn A. Toops<br>**COHEN & MALAD, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>(317) 636-6481<br>(317) 636-6481 (facsimile)<br>ltoops@cohenandmalad.com<br><br>*Attorneys for Plaintiff* | Jason T. Clagg<br>**BARNES & THORNBURG LLP**<br>888 S Harrison St Ste 600<br>Fort Wayne, IN 46802<br>(260) 425-4646<br>(260) 424-8316 (facsimile)<br>jclagg@btlaw.com<br><br>*Attorneys for Defendant* |